*September 26, 2017*

2017-Ohio-7818.]

**2017–0996.   In re Branch v. Pitts.**
Cuyahoga App. No. 105400. Appellants have not filed a merit brief, due September 20, 2017, in compliance with the Rules of Practice of the Supreme Court of Ohio and therefore have failed to prosecute this cause with the requisite diligence. Cause dismissed.

*September 27, 2017*

2017-Ohio-7843.]

**2017–0895.   In re Complaint for a Writ of Habeas Corpus for Collins v. Jenkins.**
In Habeas Corpus. Sua sponte, cause dismissed.
O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0947.   State ex rel. Curley v. Ninth Dist. Court of Appeals.**
Miscellaneous case. On motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0951.   Lopez v. Jones.**
In Procedendo. On motion for judgment on the pleadings. Motion granted. Cause dismissed.
O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, FISCHER, and DEWINE, JJ., concur.
O'NEILL, J., dissents and would grant a peremptory writ.

**2017–0955.   State ex rel. Davidek v. Franklin Cty. Court of Common Pleas.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed. On motion to add addendum. Motion denied as moot.
O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0970.   State ex rel. Johnson v. Kral.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0971.   State ex rel. Young v. Turner.**
In Mandamus. On S.Ct.Prac.R. 12.04 determination. Cause dismissed.
O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.